■ MIRIAM AMENT, Appellant, v. ALBERT M. COHEN, Respondent.— Motion by respondent for reargument denied. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ GASPAR SENIA, Appellant, v. SALVATORE POLIZZI et al., Respondents, et al., Defendant.— Motion by appellant for a stay, pending appeal, denied. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ.

## THIRD DEPARTMENT, JUNE, 1962

## (June 5, 1962)

■ (A) In the Matter of the Claim of MANUEL RIVERA, Appellant, v. PHIL SAM GARAGE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of ELMIRA JENNINGS, Appellant, v. CO-ORDINATED FREIGHT Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (C) ETIENNE F. MESSINGER et al., Respondents, v. HERBERT J. COOKE et al., Appellants. (D) In the Matter of NORAM RESTAURANT, INC., Doing Business as ITALIAN KITCHEN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ. (E) ALEXANDER OLEKSIAK, Respondent, v. BERNARD BARTON, Appellant. (F) In the Matter of the Estate of MAX PELTZ, Deceased. ETHEL PELTZ, Appellant; Estate of MAX PELTZ by Executors, Respondents. (G) KREINSON NATHAN, Respondent, v. RIEGER'S MEN'S WEAR et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (H) CAMP PACKING COMPANY, INC., et al., Respondents, v. FIRST NATIONAL BANK OF CORTLAND, Appellant. (I) In the Matter of MARY LUCAS, Petitioner, v. ARTHUR LEVITT, as Comptroller of the State of New York, Respondent. (J) ALLSTATE INSURANCE CO., Respondent, v. CAROLYN JAHRLING, Appellant. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.— [In each action] Motions to dismiss appeals granted by default, without costs.

■ (A) In the Matter of the Estate of HARRY D. GOULD, Deceased. (B) JOSEPH MAZZUCCO et al., Respondents, v. ALBERT W. EASTMAN et al., Appellants. (C) HOWARD E. VAN ZILE et al., Appellants, v. LELAND B. MANCHESTER, Doing Business as WARNERVILLE GARAGE, et al., Respondents. (D) In the Matter of the Claim of LUIS MUNOZ, Respondent, v. TIMBERTONE DECORATIVE COMPANY, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the September 1962 Term on or before August 1, 1962, in which event motions denied. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS V. JACKSON, Appellant.— Time to perfect appeal extended 90 days. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES G. O'MELIA, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK F. McELROY, Appellant.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Time to perfect appeals extended 90 days. Motions in all other respects denied. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.